| | | |
|---|---|---|
| KELLIE DANIELLE BRADY<br>1459 AUGUSTA RD<br>ELLISVILLE, MS 39437 | CREDIT COLLECTION SERV<br>ATTN: BANKRUPTCY<br>725 CANTON ST<br>NORWOOD, MA 02062 | LAUREL SURGERY & ENDOS<br>1710 W 12TH ST<br>LAUREL, MS 39440-2559 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | CREDIT ONE BANK<br>ATTN: BANKRUPTCY DEPT<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | LIFELINE ANESTHESIA<br>3340 PLAYERS CLUB PRKW<br>SUITE 350<br>MEMPHIS, TN 38125 |
| ADVANCED RECOVERY SYST<br>P.O. BOX 321472<br>FLOWOOD, MS 39232 | DRAYER PHYSICAL THERAP<br>2416 HWY 45 N<br>COLUMBUS, MS 39705 | MERIT HEALTH WESLEY<br>5001 HARDY ST<br>HATTIESBURG, MS 39402 |
| CLEAR AIR DEBTS<br>P.O. BOX 1429<br>NICE, CA 95464 | EXETER FINANCE LLC<br>ATTN: BANKRUPTCY<br>PO BOX 166008<br>IRVING, TX 75016 | OCHSNER LAFAYETTE GEN<br>P.O. BOX 60023<br>NEW ORLEANS, LA 70160 |
| CMRE FINANCIAL<br>3075 EAST IMPERIAL HWY<br>SUITE 200<br>BREA, CA 92821 | FINGERHUT DIRECT<br>PO BOX 166<br>CHARLOTTE, NC 28201 | PAIN CONSULTANTS OF S<br>P.O. BOX 17529<br>HATTIESBURG, MS 39404 |
| COMENITYCAPITAL<br>POO BOX 182120<br>COLUMBUS, OH 43218 | FOREST GENERAL HOSPITA<br>P.O. BOX 3488<br>TUPELO, MS 38803 | PATH GROUP<br>P.O. BOX 740888<br>CINCINNATI, OH 45274 |
| COMMUNITY BANK<br>ATTN: BANKRUPTCY<br>1905 COMMUNITYBANK WAY<br>FLOWOOD, MS 39232 | FRANKLIN SERVICE<br>P.O. BOX 3910<br>TUPELO, MS 38803 | PROFESSIONAL ACCOUNT S<br>PO BOX 188<br>BRENTWOOD, TN 37024 |
| COMPREHENSIVE RADIOL<br>PO BOX 3488<br>TUPELO, MS 38803 | HATTIESBURG CLINIC<br>P.O. BOX 3488<br>TUPELO, MS 38803-3488 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER, UT 84020 |
| CREDIT ACCEPTANCE<br>25505 W 12 MILE RD<br>SOUTHFIELD, MI 48034-8339 | LABCORP<br>PO BOX 2240<br>BURLINGTON, NC 27216-2240 | QUEST DIAGNOSTICS<br>P.O. BOX 740779<br>CINCINNATI, OH 45274-07 |

```
RADIOLOGY ASSOCIATES          WEST JEFFERSON MEDICAL
PO BOX 2427                   1101 MEDICAL CENTER BL
LAUREL, MS 39442              MARRERO, LA 70072


RADIOLOGY BILL
5703 NATIONAL RD E
RICHMOND, IN 47374


SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS 39130-2058


SOUTH CENTRAL CLINICS
PO BOX 247
LAUREL, MS 39441


SOUTH CENTRAL REGIONAL
P.O. BOX 607
LAUREL, MS 39441


SOUTHERN BONE & JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG, MS 39401


SOUTHERN SURGERY CENTE
3688 VETERANS MEMORIAL
STE 100
HATTIESBURG, MS 39401


TBO BANK
113 E. SOUTH FRONT ST
ORRICK, MO 64077


UPROVA CREDIT
635 HWY 20 V
UPPER LAKE, CA 95485
```