United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                 Case No. 25-51269-KMS
Kellie Danielle Brady                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                           User: mssbad                                           Page 1 of 3
Date Rcvd: Dec 18, 2025                   Form ID: 318                                   Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kellie Danielle Brady, 1459 Augusta Rd, Ellisville, MS 39437-5809 |
| 5557006 | + | Clear Air Debts, P.O. Box 1429, Nice, CA 95464-1429 |
| 5557010 | + | Comprehensive Radiol, PO Box 3488, Tupelo, MS 38803-3488 |
| 5557014 | + | Drayer Physical Therap, 2416 Hwy 45 N, Columbus, MS 39705-1320 |
| 5557015 | ++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228 address filed with court:, Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016 |
| 5557016 | | Fingerhut Direct, PO Box 166, Charlotte, NC 28201 |
| 5557017 | + | Forest General Hospita, P.O. Box 3488, Tupelo, MS 38803-3488 |
| 5557023 | + | Merit Health Wesley, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5557024 | + | Ochsner Lafayette Gen, P.O. Box 60023, New Orleans, LA 70160-0023 |
| 5557025 | + | Pain Consultants of S, P.O. Box 17529, Hattiesburg, MS 39404-7529 |
| 5557026 | + | Path Group, P.O. Box 740888, Cincinnati, OH 45274-0888 |
| 5557030 | + | Radiology Associates, PO Box 2427, Laurel, MS 39442-2427 |
| 5557031 | + | Radiology Bill, 5703 National Rd E, Richmond, IN 47374-2619 |
| 5557033 | + | South Central Clinics, PO Box 247, Laurel, MS 39441-0247 |
| 5557034 | + | South Central Regional, P.O. Box 607, Laurel, MS 39441-0607 |
| 5557035 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5557036 | + | Southern Surgery Cente, 3688 Veterans Memorial, Ste 100, Hattiesburg, MS 39401-8246 |
| 5557038 | | Uprova Credit, 635 Hwy 20 V, Upper Lake, CA 95485 |
| 5557039 | + | West Jefferson Medical, 1101 Medical Center Bl, Marrero, LA 70072-3191 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Dec 19 2025 00:42:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | EDI: AISACG.COM | Dec 19 2025 00:42:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5557005 | + | Email/Text: sbridwell@arscollections.com | Dec 18 2025 19:43:00 | Advanced Recovery Syst, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5557037 | | Email/Text: processing@tbobank.com | Dec 18 2025 19:43:00 | TBO Bank, 113 E. South Front St, Orrick, MO 64077 |
| 5557007 | | Email/Text: EBN_Brea@meduitrcm.com | Dec 18 2025 19:43:00 | CMRE Financial, 3075 East Imperial Hwy, Suite 200, Brea, CA 92821 |
| 5557011 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 18 2025 19:43:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034-8339 |
| 5557008 | + | EDI: WFNNB.COM | Dec 19 2025 00:42:00 | ComenityCapital, POo Box 182120, Columbus, OH 43218-2120 |
| 5557009 | + | Email/Text: jill.johnson@communitybank.net | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 318 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 18 2025 19:43:00 | Community Bank, Attn: Bankruptcy, 1905 CommunityBank Way, Flowood, MS 39232-1220 |
| 5557012 | + | EDI: CCS.COM | Dec 19 2025 00:42:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5557013 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2025 19:48:04 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5557015 | | Email/Text: exeter@ebn.phinsolutions.com | Dec 18 2025 19:43:00 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016 |
| 5559259 | + | EDI: AISACG.COM | Dec 19 2025 00:42:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5557018 | + | Email/Text: FSBank@franklinservice.com | Dec 18 2025 19:43:00 | Franklin Service, P.O. Box 3910, Tupelo, MS 38803-3910 |
| 5557019 | | Email/Text: kristie.pope@hattiesburgclinic.com | Dec 18 2025 19:43:00 | Hattiesburg Clinic, P.O. Box 3488, Tupelo, MS 38803-3488 |
| 5557020 | | Email/Text: govtaudits@labcorp.com | Dec 18 2025 19:43:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5557021 | | Email/Text: kelley@laurelsurgery.com | Dec 18 2025 19:43:00 | Laurel Surgery & Endos, 1710 W 12th St, Laurel, MS 39440-2559 |
| 5557022 | ^ | MEBN | Dec 18 2025 19:38:27 | Lifeline Anesthesia, 3340 Players Club Prkw, Suite 350, Memphis, TN 38125-8949 |
| 5557027 | + | Email/Text: pasi_bankruptcy@chs.net | Dec 18 2025 19:43:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5557028 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 18 2025 19:43:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5557029 | | Email/Text: BankruptcyMail@questdiagnostics.com | Dec 18 2025 19:43:00 | Quest Diagnostics, P.O. Box 740779, Cincinnati, OH 45274-0779 |
| 5557032 | | Email/Text: rboone@simpsonlawfirm.net | Dec 18 2025 19:43:00 | Simpson Law Firm, P.O. Box 2058, Madison, MS 39130-2058 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Bank of Mississippi |
| cr | *+ | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025          Signature:     /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 318 | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Jeff D. Rawlings | on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kellie Danielle Brady trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kellie Danielle Brady**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx−xx−3347**<br>EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **25−51269−KMS** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Kellie Danielle Brady**
aka Kellie D Brady, aka Kelly D Brady, aka Kelly Danielle Brady

Dated: 12/18/25

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**